# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Kay Lavonne Rambo ) | |
| ) | |
| Plaintiff, ) | Case No. 2:14-cv-02581-CM-KGG |
| ) | |
| vs. ) | |
| ) | |
| Midwest Regional Credit Union f/k/a ) | |
| School Employees Credit Union ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| Equifax Information Services, LLC, ) | |
| ) | |
| Defendant. ) | |

### DISMISSAL WITH PREJUDICE OF ALL PLAINTIFF'S CLAIMS AGAINST DEFENDANT MIDWEST REGIONAL CREDIT UNION ONLY

COMES NOW Plaintiff, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and dismisses WITH PREJUDICE the above-captioned action, including all Plaintiff's claims against Defendant Midwest Regional Credit Union only.

Respectfully submitted by:

By: /s/ Chelsea S. Springer
The Law Offices of Tracy L. Robinson, LC
Chelsea S. Springer #20522
1125 Grand Blvd, Suite 1300
Kansas City, MO 64106
Phone: (816) 842-1317
Fax:    (816) 842-0315
Email: admin@tlrlaw.com
Attorney for Plaintiff

**SO ORDERED.**

1